■      THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRUCE SPAHALSKI, Petitioner, v PAUL METZ, as Superintendent of Great Meadow Correctional Facility, Respondent.—Application for writ of habeas corpus pursuant to CPLR 7002 (subd [b], par 2) denied, without costs, and without prejudice to a motion to the trial court pursuant to CPL 210.20 (subd 1, par [g]). Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.